**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ARLANDA JOHNSON, )<br>   )<br>   Petitioner, )<br>   )<br>v. )<br>   )<br>DARLENE A. VELTRI, )<br>   )<br>   Respondent. ) | Case No. 03-cv-487-JPG |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This matter having come before the Court and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that all claims by petitioner Arlanda Johnson against respondent Darlene A. Veltri in this case are **DISMISSED with prejudice.**

DATED: March 22, 2006.

**NORBERT G. JAWORSKI, CLERK**

By: **s/ Judith Prock**
           Deputy Clerk

APPROVED: **/s/ J. Phil Gilbert**
           **J. PHIL GILBERT**
           **U.S. District Judge**